

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff<br>　vs.<br>PRISCILLA MELISA MENDOZA,<br>　　　　　Defendant | CASE NO. 14CR2317-DMS<br><br>JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, EXONERATE BOND AND RELEASE OF PASSPORT |

　　　Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

　　　IT IS SO ORDERED that the information in the above-entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

　　　IT IS SO ORDERED.

　　　DATED: AUGUST 17, 2015

_____
HONORABLE DAVID H. BARTICK
United States Magistrate Judge